UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDIE GILYARD,<br><br>                            Plaintiff,<br><br>                  -v.-<br><br>RKR TRANSPORT, LLC, and JOHN DOE,<br><br>                          Defendants. | 21 Civ. 3392 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On May 27, 2022, it was reported to the Court that mediation has been unsuccessful in resolving this case. Accordingly, the parties are hereby ORDERED to submit a joint status update proposing the next steps in this case on or before **June 6, 2022**.

    SO ORDERED.

Dated:  May 31, 2022
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge