UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDIE GILYARD,<br><br>                                   Plaintiff,<br><br>-v.-<br><br>RKR TRANSPORT, LLC, et al.,<br><br>                                   Defendants. | 21 Civ. 03392 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the July 11, 2023 letter-motion from Plaintiff's counsel seeking a stay of this action pending a "substitution of estate," as well as Defendant's July 11 response. *See* ECF No. 50 at 1; *see also* ECF No. 51.

By **Wednesday, July 19, 2023**, Plaintiff's counsel shall file a letter identifying the name and case number of the Surrogate's Court action referenced in the letter-motion, and shall attach to the letter the docket sheet in that action.

SO ORDERED.

Dated: July 13, 2023
    New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge